LOUISA C. SMITH, Appellant, *v.* JAMES MOONEY, Respondent.

(Submitted October 20, 1884; decided October 31, 1884.)

*O. O. Cottle* for appellant.

*Delavan F. Clark* for respondent.

*Per Curiam mem.* for affirmance on the facts.

All concur.

Judgment affirmed.